NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-633

SHERI A. OLIVIER

VERSUS

EDGAR E. PRINGLE, ET AL.

**********
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 00-C-3799-D
HONORABLE DONALD W. HEBERT, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Kevin Reeve Duck
Duck Law Firm, L.L.C.
P. O. Box 2967
Lafayette, LA 70502-2967
(337) 269-8850
Counsel for Secondary Plaintiff/Appellant
        Sheri A. Olivier

Grady Joseph Abraham
P. O. Drawer 2309
Lafayette, LA 70502-2309
(337) 234-4523
Counsel for Secondary Plaintiff/Appellant
        Sheri A. Olivier

Michael J. Remondet, Jr.

**Jeansonne & Remondet, L.L.C.**
**P. O. Box 91530**
**Lafayette, LA 70509**
**(337) 237-4370**
**Counsel for Defendant/Appellant**
  **Edgar E. Pringle**
  **Voyager Indemnity Insurance Company**

**Laura Lee Putnam**
**Asst. Attorney General**
**556 Jefferson St., 4th Floor**
**Lafayette, LA 70502**
**(337) 262-1700**
**Counsel for Defendant/Appellee**
  **State of Louisiana, through DOTD**